THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HUMBOLDT COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendant. | NO.   C21-1535-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., that the parties are awaiting a response from the auditor as to whether all records have been received and what, if any, records are still needed to conduct the audit for the period July 1, 2016 through December 31, 2020, and hope to have this matter resolved before the requested 30-day extension, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..March 24, 2022

Initial Disclosures Pursuant to FRCP 26(a)……..March 30, 2022

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16………………………………………….. April 6, 2022

DATED this 22nd day of February, 2022.

                                RICARDO S. MARTINEZ
                                CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorneys for Plaintiff